1-13-2010 Wed,

From- William Thompson
Box 419
Montclair NJ 07042-0419
Mailing Address

REC'D
T JAN 15 2010
AT 8:30
WILLIAM T. WALSH, CLERK

Tel. 973-481-0806

Civil Action no. 08-1948
Violation 16:87-2, 2(A)3
does not belong to me
on 3-30-2007; I'm not the Man

I just need to add another correction to the May 29th, 2007 incident. I never had a DWI charge on 3/30/2007. I had no use of a vehicle that day. I did have a vehicle towed for "Street cleaning" on 1-11-2007 and the ticket Dismissed!!

William Thompson
PO Box 419
Montclair NJ 07042-0419

To - The Honorable
Michael A. Shipp, U.S.M.J.
Martin Luther King
Courthouse - Room 2060
50 Walnut St.
Newark, N.J. 07101