CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

WILIAM R. THOMPSON,

                Plaintiff,

v.

CITY OF NEWARK,

                Defendant.

Civ. No. 08-1948 (DRD)

**O R D E R**

This matter having come before the Court on a motion submitted by Defendant, the City of Newark ("the City"), for summary judgment pursuant to Federal Rule of Civil Procedure 56 on the claims asserted against it by Plaintiff William R. Thompson; and Mr. Thompson having failed to oppose that request; and for the reasons set forth in the Opinion of even date;

IT IS on this 22nd of June, 2010, hereby ORDERED that the City's Motion for Summary Judgment is GRANTED and Mr. Thompson's claims are DISMISSED, in their entirety, with prejudice.

                                              _s/ Dickinson R. Debevoise_____
                                              DICKINSON R. DEBEVOISE, U.S.S.D.J.